

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00095-CV
_____


RICHARD OWEN TAYLOR, Appellant

V.

DAWN GROUNDS, ET AL, Appellees


On Appeal from the 202nd Judicial District Court
Bowie County, Texas
Trial Court No. 12C0709-202


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Richard Owen Taylor, appellant, has filed a motion to dismiss his pending appeal in this matter pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.1(a).  The motion is signed by the appellant, who is representing himself.

We grant the appellant's motion and dismiss the appeal.


                                             Bailey C. Moseley
                                             Justice

Date Submitted:        October 22, 2012
Date Decided:          October 23, 2012

2